UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
GANG KOU, INDIVIDUALLY AND ON :
BEHALF OF ALL OTHERS SIMILARLY :
SITUATED, : 07 CV 3230 (PAC)
:
Plaintiff, :
: **WAIVER OF SERVICE**
v. :
:
MEDIS TECHNOLOGIES LTD., ROBERT K. :
LIFTON, and ANDREW UDIS, :
:
Defendants. :
:
-----------------------------------------------------------------x

TO:   Phillip C. Kim, Esq.
      The Rosen Law Firm, P.A.
      350 5th Ave., Ste. 5508
      New York, NY 10118

Defendants Medis Technologies Ltd., Robert K. Lifton, and Andrew Udis (the "Defendants") acknowledge receipt of Plaintiff's request to waive service of summons, and also acknowledge receipt of a copy of the complaint, in the above-captioned action.

Defendants hereby agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Defendants be served with judicial process in the manner provided by Fed. R. Civ. P. 4.

Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Defendants understand that a judgment may be entered against each of them if an

- 2 -

answer or motion under Fed. R. Civ. P. 12 is not served upon Plaintiff within 60 days after the filing of Plaintiff's Amended Complaint, pursuant to stipulation by counsel for the parties.

Dated: New York, New York
        May 21, 2007

                                 SONNENSCHEIN NATH & ROSENTHAL LLP

                                 By: _____
                                       Deborah H. Renner, Esq. (DR 4225)

                                 1221 Avenue of the Americas
                                 New York, New York 10020
                                 (212) 768-6700
                                 Attorneys for Defendants
                                 Medis Technologies Ltd.,
                                 Robert K. Lifton, and Andrew Udis

17562611