```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 3 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GANG KOU, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                Plaintiff,

    v.

MEDIS TECHNOLOGIES LTD., ROBERT K.
LIFTON, and ANDREW UDIS,

                Defendants.
-----------------------------------------------------------x

07 CV 3230 (PAC)

STIPULATION + Order

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants Medis Technologies Ltd., Robert K. Lifton, and Andrew Udis, having acknowledged receipt of the Complaint, dated April 23, 2007, and having waived their right to require Plaintiff to effect formal service of process on them, need not and shall not respond to the Complaint. Instead, the parties shall adhere to the following schedule with respect to an Amended Complaint:

1. Plaintiff shall have sixty (60) days from the time an order is entered appointing lead plaintiff and lead counsel to amend the Complaint (the "Amended Complaint");

2. Defendants shall have sixty (60) days to respond to Plaintiff's Amended Complaint;

3. If Defendants respond with a Motion to Dismiss, Plaintiff shall have forty-five (45) days to oppose the Motion to Dismiss (the "Opposition"); and

4. Defendants shall have thirty (30) days to reply to Plaintiff's Opposition.

5. But no such motion to dismiss may be made without seeking a pre motion conference. See the court's Individual Practices

Dated: New York, New York
May 21, 2007

THE ROSEN LAW FIRM, P.A.

By: _____
Laurence M. Rosen, Esq. (LR 5733)
Phillip C. Kim, Esq. (PK 9384)
350 Fifth Avenue, Suite 5508
New York, New York 10118
(212) 686-1060
Attorney for Plaintiff Gang Kou

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Deborah H. Renner, Esq. (DR 4225)
Abigail Lauer, Esq.
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
Attorneys for Defendants
Media Technologies Ltd., Robert K. Lifton, and Andrew Udis

SO ORDERED:  MAY 2 3 2007

_____
Hon. Paul A. Crotty
U.S.D.J.

17562404