**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   Email: pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   Email: lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for the Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANG KOU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                          Plaintiff,<br><br>vs.<br><br>MEDIS TECHNOLOGIES LTD., ROBERT K. LIFTON, and ANDREW UDIS,<br><br>                          Defendants. | Case No.: 07CV3230 (PAC)<br>**BY ECF**<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION OF THE MEDIS INVESTOR GROUP TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** |

     **PLEASE TAKE NOTICE** that pursuant to Section 21 D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Chun Yu Wong, John Sellars, and Royce Oelschlager (collectively "Movants" or "Medis Investor Group") hereby move this Court, the Honorable Paul A. Crotty, United States District Judge, for an order:

          (a)    appointing the Medis Investor Group and each of its members to serve as Lead Plaintiffs in this action; and

    (b) approving Medis Investor Group's selection of The Rosen Law Firm P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (1) the Declaration of Phillip Kim dated June 22, 2007 (with exhibits); (2) Memorandum of Law dated June 22, 2007; and (3) a [Proposed] Order granting Movants' Motion to appointing Lead Plaintiffs, and approving Lead Plaintiffs' selection of Counsel.

            Respectfully submitted,

Dated: June 22, 2007        **THE ROSEN LAW FIRM, P.A.**

             /s/ Phillip Kim
            Phillip Kim, Esq. (PK 9384)
            Laurence M. Rosen, Esq. (LR 5733)
            350 Fifth Avenue, Suite 5508
            New York, New York 10118
            Telephone: (212) 686-1060
            Fax: (212) 202-3827
            Email: pkim@rosenlegal.com
            Email: lrosen@rosenlegal.com

            [Proposed] Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on this on the 22nd day of June, 2007, a true and correct copy of the foregoing NOTICE OF MOTION OF THE MEDIS INVESTOR GROUP TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                             /s/ Phillip Kim