**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
   Email: pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
   Email: lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for the Class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANG KOU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>             Plaintiff,<br><br>vs.<br><br>MEDIS TECHNOLOGIES LTD., ROBERT K. LIFTON, and ANDREW UDIS,<br><br>             Defendants. | Case No.: 07CV3230 (PAC)<br>**BY ECF**<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THE MEDIS INVESTOR GROUP TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** |

## DECLARATION OF PHILLIP KIM

Phillip Kim, hereby declares under penalty of perjury:

    1.    I am an attorney associated with the Rosen Law Firm, P.A. [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein.  I am duly admitted to practice law in the State of New York and before this Court.  I make this Declaration in support of the Motion of  Plaintiffs Chun Yu Wong, John Sellars, and Royce Oelschlager (collectively the "Medis Investor Group") to be appointed Lead Plaintiffs, and for approval of the Rosen Law Firm, P.A. to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service on April 23, 2007.

3. Attached hereto as Exhibit 2 are true and correct copies of each of the members of the Medis Investor Group's PSLRA certifications.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing the losses of the Medis Investor Group in Medis Technologies, Ltd. securities during the Class Period.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of the Rosen Law Firm, P.A..

Executed: June 22, 2007                              /s/ Phillip Kim
                                                     Phillip Kim

**CERTIFICATE OF SERVICE**

     I hereby certify that on this on the 22nd day of June 2007, a true and correct copy of the foregoing DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THE MEDIS INVESTOR GROUP TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                /s/ Phillip Kim