# EXHIBIT 3

**MEDIS INVESTOR GROUP LOSS CHART**

| | Purchase Date | Amount | Price Per Share | Purchase Price | Sale Date | Amount | Price Per Share | Sale Proceeds | Shares Held | Value of Shares Held ($14.60) | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chun Yu Wong** | | | | | | | | | | | |
| | 4/13/2007 | 11763 | ($20.85) | $ (245,258.55) | 4/25/2007 | 600 | $ 16.17 | $ 9,702.00 | | | |
| | 4/13/2007 | 7801 | ($20.84) | $ (162,572.84) | 4/25/2007 | 1700 | $ 16.16 | $ 27,472.00 | | | |
| | 4/13/2007 | 136 | ($20.82) | $ (2,831.52) | 4/18/2007 | 10000 | $ 18.50 | $ 185,000.00 | | | |
| | 4/13/2007 | 300 | ($20.83) | $ (6,249.00) | 4/25/2007 | 3000 | $ 16.55 | $ 49,650.00 | | | |
| | | | | | 4/25/2007 | 500 | $ 16.57 | $ 8,285.00 | | | |
| | | | | | 4/25/2007 | 2500 | $ 16.57 | $ 41,425.00 | | | |
| | | | | | 4/25/2007 | 1700 | $ 15.55 | $ 26,435.00 | | | |
| | **TOTALS** | **20000** | | **$ (416,911.91)** | | **20000 TOTAL** | | **$ 347,969.00** | | | **$ (68,942.91)** |
| **John Sellars** | | | | | | | | | | | |
| | 4/13/2007 | 600 | ($23.34) | $ (14,004.00) | | | | | | | |
| | 4/13/2007 | 400 | ($23.33) | $ (9,332.00) | | | | | | | |
| | **STOCK TOTALS** | **1000** | | **$ (23,336.00)** | | | | | **1000** | **$ 14,600.00** | **$ (8,741.00)** |
| | | | Costs Basis | **$ (23,341.00)** | | | | | | | |
| | **OPTIONS** | | | | | | | | | | |
| | 4/13/2007 | 50 Contracts | $20.00 Strike | | | | ($2.58) | $ (2.58) | | | $ (12,900.00) |
| | 4/17/2007 | 50 Contracts | $17.50 Strike | | | | ($0.08) | $ (0.08) | | | $ (400.00) |
| | **TOTALS** | | | | | | | | | | **$ (22,041.00)** |
| **Royce Oelschlager** | | | | | | | | | | | |
| | 4/13/2007 | 200 | ($24.46) | $ (4,892.00) | 4/19/2007 | 1000 | $ 17.56 | $ 17,560.00 | | | |
| | 4/13/2007 | 100 | ($24.46) | $ (2,446.00) | 4/19/2007 | 100 | $ 17.51 | $ 1,751.00 | | | |
| | 4/13/2007 | 100 | ($24.46) | $ (2,446.00) | 4/19/2007 | 800 | $ 17.51 | $ 14,008.00 | | | |
| | 4/13/2007 | 600 | ($24.47) | $ (14,682.00) | 4/19/2007 | 100 | $ 17.51 | $ 1,751.00 | | | |
| | 4/13/2007 | 100 | ($23.25) | $ (2,325.00) | 4/19/2007 | 900 | $ 17.70 | $ 15,930.00 | | | |
| | 4/13/2007 | 400 | ($23.25) | $ (9,300.00) | 4/19/2007 | 100 | $ 17.70 | $ 1,770.00 | | | |
| | 4/13/2007 | 70 | ($23.00) | $ (1,610.00) | | | | | | | |
| | 4/13/2007 | 430 | ($23.00) | $ (9,890.00) | | | | | | | |
| | 4/13/2007 | 1000 | ($21.95) | $ (21,950.00) | | | | | | | |
| | **TOTALS** | **3000** | | **$ (69,541.00)** | | **3000** | | **$ 52,770.00** | | | **$ (16,771.00)** |
| | | | | | | | | **TOTAL LOSSES OF MEDIS INVESTOR GROUP** | | | **$ (107,754.91)** |