# EXHIBIT 1



**Deborah H. Renner**
212.768.6896
drenner@sonnenschein.com

1221 Avenue of the Americas
25th Floor
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

July 3, 2007

**VIA FACSIMILE**

Phillip Kim, Esq.
The Rosen Law Firm
350 Fifth Avenue, Suite 5508
New York, NY 10118

  Re: *Kou v. Medis Technologies, Ltd., et al.*, Civil Action 07-CV-3230 (PAC)

Dear Mr. Kim:

  As you know, we represent Defendants in the above-captioned action. We write to advise you that Defendants have no objection to the appointment of the "Medis Investor Group" and The Rosen Law Firm as Lead Plaintiff and Lead Counsel, respectively, in this action. However, Defendants reserve all rights to raise objections under Fed. R. Civ. P. 23 should this action proceed to the class certification stage.

          Sincerely,

          Deborah H. Renner

DHR:lth/17566176