## CERTIFICATE OF SERVICE

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 350 Fifth Avenue, Suite 5508, New York, New York, 10118, which is in the county where the mailing described below took place.

On September 10, 2007, I served the within FIRST AMENDED CLASS ACTION COMPLAINT, by U.S. mail. I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope, with first class postage thereupon fully prepaid, to be placed in the U.S. Mail at New York, NY, and certify that such envelope was placed for collection and mailing following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed September 10, 2007, in New York, New York.

Typed Name: Nathan Huddell

SERVICE LIST

Deborah H. Renner, Esq.

Attorney for Defendants
Medis Technologies, Ltd.
Robert K. Lifton and Andrew Udis

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York, 10020
Tel: (212) 768-6700

EXHIBIT 1

CONTACT:                          -OR-          INVESTOR RELATIONS COUNSEL:
Medis Technologies Ltd.                          The Equity Group Inc.
Robert K. Lifton                                 Adam Prior    (212) 836-9606
Chairman & CEO
(212) 935-8484

### MEDIS TECHNOLOGIES BEGINS COMMERCIAL SALES OF ITS FUEL CELL 24/7 POWER PACK

NEW YORK, NY - APRIL 13, 2007 - MEDIS TECHNOLOGIES LTD. (NASDAQ:MDTL)  announced that it has  begun  commercial  sales of its  24/7  fuel cell  Power  Packs to Microsoft.  The first  shipment of Microsoft  branded 24/7 Power Packs were made today.

"This is an historic  moment for our company," said Robert K. Lifton,  Chairman and CEO of Medis Technologies.  "It marks the first commercial sales of our 24/7 Power Pack product and indeed,  the first  commercial sales in quantities of any consumer fuel cell product.  We are pleased to be able to serve Microsoft as our first customer."

These first Power Packs were produced on Medis'  semi-automated  line. Our fully automated line which was built by Ismeca,  in Switzerland,  is in the process of being dismantled and shipped to Ireland where it will be managed by Celestica. A video  showing  operation  of  the  line  is  available  on  or  web  site  at www.medistechnologies.com.

Medis Technologies' primary focus is on direct liquid fuel cell technology.  Its business  strategy is to sell its products to end users through retail  outlets, service  providers  and to the  military  and other  markets.  Medis has  also developed  the CellScan with many  potential  applications  relating to disease diagnostics  and chemo sensitivity.  Additionally,  Medis' product  pipeline includes other technologies, in varying stages of development.

This  press  release  may  contain  forward-looking  statements,  which are made pursuant to the safe harbor  provisions  of the  Private  Securities  Litigation Reform  Act of 1995.  In some  cases you can  identify  those  so-called "forward-looking  statements" by  words  such  as  "may," "will,"  "should," "expects,"  "plans,"  "targets,"  "believes,"  "anticipates,"  "estimates," "predicts,"  "potential," or "continue" or the negative of those words and other comparable  words. These  forward-looking  statements  are subject to risks and uncertainties, product tests, commercialization risks, availability of financing and  results of  financing  efforts  that could cause  actual  results to differ materially from historical  results or those  anticipated.  Further  information regarding  these and other risks is described from time to time in the Company's filings  with the  SEC. We  assume  no  obligation  to  update  or alter  our forward-looking  statements made in this release or in any periodic report filed by us under the Securities  Exchange Act of 1934 or any other document,  whether as a result of new information,  future events or otherwise, except as otherwise required by applicable federal securities laws.

This press release is available on Medis' web site at www.medistechnologies.com.

EXHIBIT 2

April 13, 2007

## Minding Medis

Have been jammed today, but for those wondering: I have a call into **Medis Technologies** (mdtl) CEO **Bob Lifton** today about his company's press release that said Microsoft is the first commercial customer for its cell phone/electronic device recharger to Microsoft. Lifton always takes my call, though he considers me the "enemy," so we'll see if he does this time. The press release, which got the stock juiced by more than 30% at one point,  said the products  bear a Microsoft  brand. Lifton was quoted as saying, "We are pleased to be able to serve Microsoft as our first customer." **However, there were no other details about the size of the sale, potential contribution to profits or even what Microsoft might use this fuel-cell product for.** I also have a call into Microsoft, for confirmation; a spokeswoman says the company will try to track it down.

April 13, 2007 | Permalink | Comments (4) | TrackBack (0)
Save & Share:        Del.icio.us |        Digg it |       Facebook
More Content:        Related Blogs & Articles

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/814392/17713576

Listed below are links to weblogs that reference Minding Medis:

## Comments

Herb,

Thanks for pointing this out because the fact the size of the deal hasn't been disclosed is not a good sign. You help investors like me with your information who saw the news as "great" but failed to see the downside. Appreciate it.

Shaun McDonnell

Posted by: Shaun McDonnell | April 13, 2007 at 03:55 PM

No other details, eh? Hmm. I'm with you on this one, Herb: numbers please.

P.S. Kudos on the frowny-face RIMM for E.B. the other night!

Posted by: Anonymouse | April 14, 2007 at 01:45 AM

Medis is a company with essentially no sales - a "development stage" company. The Microsoft announcement is big news if it has specifics to it.

Please let us know what else you learn.

Posted by: Mister B | April 16, 2007 at 12:00 PM

"no details on what Microsoft might use this fuel-cell product for"

Ever hear of Windows Mobile 5.0?

Ever hear of smartphones?

Ever hear about Microsoft selling hundreds of millions of copies of Windows Mobile 5.0 as the operating system for smartphones?

Ever hear about Windows Mobile for Business?
http://www.microsoft.com/windowsmobile/business/default.mspx

Wake up, Herb.

Posted by: Medis Long | April 16, 2007 at 03:39 PM

## Post a comment

Comments are moderated, and will not appear on this weblog until the author has approved them.

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:



[ Preview ]  [ Post ]

# EXHIBIT 3

# Citron Research Questions Medis Technology (MDTL) Press Release

Posted in [Citron Blog](#) by CitronResearch on the April 13th, 2007

Dear Reader,



stock ticker: **MDTL**

Citron Research calls into serious question the press release distributed today by Medis Technologies (NASDAQ:MDTL) regarding the sale of product to Microsoft.  We are not fully ready to declare this a fraud yet, but here are the clues that tell us that something is very wrong with todays press release:

We called Medis Technology and spoke to Deputy Chairman/COO/Treasurer Howard Weingrow.  When asked how much the sale was for and the name of a contact at Microsoft, he responded that he did not have the purchase order in front of him and could not answer those questions.  This is supposed to be the company's first sale, yet the COO does not even know how the sale was for.
The press release did not name a contact person or even a group at Microsoft and contained no quote from a Microsoft representative.
The usual Microsoft Corp. trademark identifiers were missing.
The press release said "delivery" but when did they sign the contract?  The same day ?
In the past Medis has put out press releases regarding sales that have never occured.
http://www.medistechnologies.com/news.php?op=a&id=46

The two people we spoke to in Microsoft's corporate communications did not know about this press release.  We will keep you updated on any developments.

We note that Medis has reported less than $1 million in revenue in the entire span of the last five years.  During that time the share count has increased over 41%.  We guess $664 million (market cap) just doesn't buy what it used to…..

It is the opinion of Citron that there is a lot more to this story.  We have been promised a product for years, and instead we have a long trail of nothing more than broken promises from management.  If this press release is true, than it is time for the company to step up with confirmation and disclosure of the material details.

Cautious Investing To All

EXHIBIT 4



Published on Inside Greentech (http://www.insidegreentech.com)

# Microsoft to sell fuel cells

By Dallas Kachan
Published April 13, 2007 - 12:00pm

Microsoft is to soon start offering a fuel cell-based power pack product for powering personal electronics, its OEM partner revealed today.

Medis Technologies of New York (NASDAQ: MDTL) said it has delivered its first shipment of special Microsoft-branded versions of its Direct Liquid Fuel Cell (DLFC)-based "24/7 Power Pack" product.

While the company wouldn't specify the quantity of the initial shipment, or of the contract's total volume, business development manager Andrew Udis told Inside Greentech the ultimate unit commitment was expected to be "in the millions."

A Microsoft spokesperson would only acknowledge that the company made "a small purchase" from Medis, but Udis confirmed Microsoft intends to offer the devices to the public.

"They've branded the product and plan to sell these around the world."

Shares of Medis were up $2.60 today, almost 15%, trading at $20.99.

"This is an historic moment for our company," said Robert K. Lifton, Chairman and CEO of Medis, in a statement.

"It marks the first commercial sales of our 24/7 Power Pack product and indeed, the first commercial sales in quantities of any consumer fuel cell product. We are pleased to be able to serve Microsoft as our first customer."

The Microsoft deal may be the first, but Medis' Udis told Inside Greentech other companies have come forward with volume orders for its 24/7 Power Pack.

"We have an agreement with a distributor called ASE to put it in drug stores and supermarkets in U.S. and Canada. The agreement is for seven million units over two years. A Microsoft vendor called Quasar has committed to one million units over one year. And Northwest Power is going to sell it business-to-business, and has committed to 250,000 to start."

Udis said Medis was also "talking to all the leading mobile operators in the U.S., Europe and Asia and other OEMs."

The first Power Packs for Microsoft were produced on Medis' semi-automated line.

A fully automated line, which was built by Ismeca in Switzerland, is in the process of being dismantled and shipped to Ireland where it's to be managed by contract manufacturer Celestica.

Medis Technologies' primary focus is now on direct liquid fuel cell technology. Its strategy is to sell its products to end users through retail outlets, service providers and to the military and other markets.

Medis has developed medical products in the past. The company also claims to have other technologies in varying stages of development.

---

**Source URL:**
http://www.insidegreentech.com/1035/microsoft-to-sell-fuel-cells

EXHIBIT 5

Microsoft says it has no plans to sell fuel cell chargers - MarketWatch

# Microsoft says it has no plans to sell fuel cell chargers

*By John Letzing*
*Last Update: 4:29 PM ET Apr 17, 2007*

SAN FRANCISCO (MarketWatch) -- Despite recent media reports, Microsoft Corp. has no plans to sell fuel cell products capable of re-charging portable electronic devices, according to a company spokeswoman. On Friday a company called Medis Technologies Ltd. announced it had sold an unspecified amount of its fuel cell chargers to Microsoft, but offered no further details. Media reports appeared soon afterward, speculating that the chargers may be intended for re-sale by Microsoft to accompany its Zune portable media device. The Microsoft (MSFT) spokeswoman said only that a "small amount" of the chargers was purchased, to be distributed for free at an upcoming event. Microsoft is "not planning to sell them to consumers," the spokeswoman said. ■



Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.

EXHIBIT 6

April 17, 2007

## Updated: Microsoft Comments on Medis: 'Like a Frisbee'

I see that MarketWatch's John Letzing beat me to the punch -- scooped me on my own story! -- regarding Microsoft's (msft) comments that it has no plans to sell fuel cell chargers from Medis Technologies (mdtl). (Nice job, John.) The skimpy Medis press release last Friday, about the Microsoft deal, gave no detail, but helped goose the stock. In subsequent interviews, Medis executives pumped up the importance of the deal. Business development manager Andrew Udis went so far as to tell the publication, Inside Greentech, that the Microsoft commitment was expected to be "in the millions" and that Microsoft intends to offer its fuel cell to the public. "They've branded these products and plan to sell these around the world," Udis was quoted as saying.

Now hear this: A Microsoft spokesman, noting that the order was "small," told me there has been "inaccurate" information in the marketplace about what Microsoft plans to do with the fuel cells. "We have no plans to resell these products around the world," she said. She added that Microsoft has no plans "for development of the product."

Then what is Microsoft doing with it? As John says in his piece, Microsoft plans to use the Medis products as a giveaway at an upcoming event...like a chatchke. Yet another Medis announcement that isn't quite what it appears to be.

Update -- this just in: Glass Lewis, the proxy and research firm, reports added color in a report to its clients. It quoted a Microsoft spokesman as saying the Medis product is "not a Microsoft branded product." He added that the total purchase price was "less than $15,000. We have no agreements with them. No joint development. There's no partnership around accessories. If you think of this as akin to Microsoft buying a pen or a Frisbee -- that's the way you should think of it." That's pretty much confirms what I got in a "background" conversation with Microsoft.

April 17, 2007 | Permalink | Comments (4) | TrackBack (1)
Save & Share:     Del.icio.us   |   Digg it   |   Facebook
More Content:     Related Blogs & Articles

M A R K E T W A T C H

MarketWatch.com

Virtual Stock Exchange

R E C E N T   P O S T S

IPhone Price Blunder: A Reminder that Apple is Run by Humans

Apple: Imagine if You Just Bought an iPhone

NovaStar: Going, Going....

Rectifier: Fraud, Phantom Warehouses Disclosed Late on Friday

Why California Housing Matters...Beyond California

What Bernanke Didn't Say -- and What he Did

Creative Mortgages: Did Bernanke Really Say That?

Hussman: Why Stocks are Overpriced

Same-Store Sales, Coach, Etc.

Updated: Was Merrill Analyst on Countrywide 'Irresponsible'?

R E C E N T   C O M M E N T S

Orla Schantz on IPhone Price Blunder: A Reminder that Apple is Run by Humans

hugues da mousse on IPhone Price Blunder: A Reminder that Apple is Run by Humans

Travis Buggey on IPhone Price Blunder: A Reminder that Apple is Run by Humans

Georgeg on Apple: Imagine if You Just Bought an iPhone

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/814392/17809186

Listed below are links to weblogs that reference Updated: Microsoft Comments on Medis: 'Like a Frisbee':

» Microsoft Comments on Medis from Value Investing News
Herb Greenberg and John Letzing get to the bottom of the over hyped press release by Medis Technologies last Friday regarding the sale of its 24/7 fuel cell Power Packs to Microsoft. Medis stock took off after the announcement. However, the MarketWatch re [Read More]

Tracked on Apr 18, 2007 9:50:21 AM

## Comments

Hi everyone
Indian stock market is all set to touch 14500 in coming days.
Now Sensex is very high wait for bit of correction then go for long.
If you have any doubt or query related to Indian stock market then you can always ask us. We are Sharetipsinfo .We provide stock market calls.

Posted by: sharetipsinfo | April 18, 2007 at 02:08 AM

Interesting, Herb, that your Microsoft "spokesman" and Letzing's "spokeswoman" are both unnamed.

And now you stoop so low as to quote "research firm" Glass Lewis - the same "research firm" that six months ago spread lies that have come to nothing about a non-existant options backdating problem at Medis* - claiming to quote yet another unnamed Microsoft "spokesman" that supposedly compared a state of the art portable power supply to a pen and a frisbee??

* http://www.msnbc.msn.com/id/15474594/

Do you have any journalistic standards at all, Herb? Here's a clue: double hearsay from a known prevaricator just doesn't cut it.

Medis backed up its press release with an 8-K. All you are doing is repeating undocumented hearsay.

Who do you think will be in attendance at MSFT's "upcoming event"? Vista code writers? Or accessory buyers from Verizon, Sprint, Cingular, RIM, Palm, Dell, HP...?

davcbr on Apple: Imagine if You Just Bought an iPhone

Rohit on Apple: Imagine if You Just Bought an iPhone

Sami on Apple: Imagine if You Just Bought an iPhone

hugues da mousse on Apple: Imagine if You Just Bought an iPhone

Lolzers on Apple: Imagine if You Just Bought an iPhone

Jason on Apple: Imagine if You Just Bought an iPhone

### SEPTEMBER 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

### ARCHIVES

September 2007

August 2007

July 2007

June 2007

May 2007

April 2007

March 2007

February 2007

January 2007

December 2006

Come on, Herb. Tell us the truth. How much are the MDTL shorts paying you?

Posted by: Medis Long | April 18, 2007 at 02:16 AM

Hi everyone
Indian stock market is all set to touch 14500 in coming days.
Now Sensex is very high wait for bit of correction then go for long.
If you have any doubt or query related to Indian stock market
then you can always ask us. We are Sharetipsinfo.We provide stock market calls.

Posted by: Sharetipsinfo | April 18, 2007 at 02:58 AM

Great job on Medis, too funny.

Maybe they could work some kind of 'schwag promo' with Ginsu: "Stock drops like a hot knife through butter!"

... would have been sweet if they sent me a free bamboo steamer with my bought my 6/06 MEDIS.

Posted by: Jennifer Monaghan | July 06, 2007 at 03:34 AM

## Post a comment

Comments are moderated, and will not appear on this weblog until the author has approved them.

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address: (Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:



EXHIBIT 7

| Company Name: Medis Technologies | Market Cap: 520.40 | Bloomberg Estimates - EPS |
|---|---|---|
| Company Ticker: MDTL US | Current PX: 14.89 | Current Quarter: -0.140 |
| Date: 2007-05-09 | YTD Change($): -2.50 | Current Year: -1.150 |
| Event Description: Q1 2007 Earnings Call | YTD Change(%): -14.376 | Bloomberg Estimates - Sales |
| | | Current Quarter: 0.100 |
| | | Current Year: 49.025 |

# Q1 2007 Earnings Call

## Participants

- Adam Prior, Senior Account Executive, The Equity Group Inc.
- Robert K. Lifton, Chairman and Chief Executive Officer

# MANAGEMENT DISCUSSION SECTION

Good day, everyone, and welcome to the Medis Technologies First Quarter Earnings Conference Call. At this time, I would like to inform you that this conference is being recorded, and that all participants are currently in a listen-only mode. I will now turn the conference over to Adam Prior with Equity Group. Please go ahead, sir.

## Adam Prior, Senior Account Executive, The Equity Group Inc.

Thank you. Good morning, everyone, and thanks for joining us. Before we begin, I would like to remind everyone that this conference call may contain forward-looking statements, which are made pursuant to the Safe Harbor provisions of the Private Securities Litigation Reform Act of 1995. In some cases, you can identify those forward-looking statements by words such as may, will, should, expects, plans, targets, anticipates, believes, estimates, predicts, potential, or continue, or the negative of those words and other comparable words.

These forward-looking statements are subject to risks and uncertainties, product tests, commercialization risks, availability of financing, and results of financing efforts that could cause actual results to differ materially from historical results or those anticipated. Further information regarding these and other risks is detailed from time to time in the company's filings with the SEC. Medis assumes no obligation to update or alter its forward-looking statements made in this conference call or in any periodic report filed by Medis under the Securities and Exchange Act of 1934, whether as a result of new information, future events, or otherwise, except as otherwise required by applicable federal securities laws. I'd now like to turn the call over to Mr. Robert Lifton, Chairman and CEO of Medis Technologies. Go ahead, Bob.

## Robert K. Lifton, Chairman and Chief Executive Officer

Thank you, Adam, and good morning, everyone. With me today, as usual, is Howard Weingrow, our Vice Chairman and Chief Operating Officer, and on the phone from Israel are Israel Fisher, our Senior Vice President, Finance, and Chief Financial Officer; and Michael Resnick, our Senior Vice President of Finance and Controller. Jacob Weiss, our President, is en route to a meeting with a major potential customer and could not join us today.

A while ago, I presented our plan on how to start to build a marketing program for our 24/7 Power Pack. One element of that plan was to make Power Packs available to influentials in the world of business and politics in order to get the word out about our product. And we have been carrying out that plan. Our recent presentation of the Power Pack at the United States Senate Technology Conference, and the aftermath of that meeting, which we hope will make Power Packs available to Senators and staff members who want one, is one example of that program. On April 13th, we reported what we considered an historical first sale and shipment of the Power Packs, and we expect that those Power Packs will be placed with people who can also be influential in their experience with it. We will also continue to seek opportunities to make Power Packs available to influentials in the media and elsewhere as time goes on.

A second part of our marketing plan was to start to introduce our Power Packs into the consumer market, consistent with our ability to make them on our semi-automated line in Israel. Yesterday's announcement that the Power Pack is



| Company Name: Medis Technologies | Market Cap: 520.40 | Bloomberg Estimates - EPS |
| Company Ticker: MDTL US | Current PX: 14.89 | Current Quarter: -0.140 |
| Date: 2007-05-09 | YTD Change($): -2.50 | Current Year: -1.150 |
| Event Description: Q1 2007 Earnings Call | YTD Change(%): -14.376 | Bloomberg Estimates - Sales |
| | | Current Quarter: 0.100 |
| | | Current Year: 49.025 |

being offered on mytreo.net is the start of carrying out that part of our program. As noted in this morning's press release, we expect to expand that program using Power Packs coming off our semi-automated line, and then segue into selling products in much larger numbers coming from our fully-automated line being established in Celestica's facilities in Ireland.

Finally, I will note that we've come a long way in the process of inventing a new fuel cell product, and inventing and developing the means of producing it in large scale. Now, it is finally being offered for sale to the consumer market from a highly respected and experienced Internet source. We've overcome enormous obstacles to reach this point. Well-known companies far larger than ours have spent millions and millions of dollars trying to make what we made, and they've had no success. We are convinced that there is a great need in the market for a product like this, and during the days and weeks ahead we expect to demonstrate that need through large sales to our customers.

Let me use the analogy of constructing a building. It takes a while to build the foundations, and during that period the passersby really see nothing. But then, suddenly, the building comes out of the ground and is visible, and the space starts to rent up creating earnings. We have built the foundations of developing our 24/7 Power Pack, and of constructing the semi-automated line and fully automated lines to produce it. The Power Pack product is now visible in the market, and we are moving into the rent-up category analogy by starting to sell Power Packs in the marketplace. At every stage along the way, we are increasing the value for our shareholders, and I believe that one way or another we will realize those values that are being created.

Now, let me turn to your questions.

# Q&A

## Operator

[Operator Instructions]. Our first question comes from Arthur Gray with Carret Asset Management. You may please state your question.

**<Q - Arthur Gray>:** Bob.

**<A - Robert Lifton>:** Hi, Arthur.

**<Q - Arthur Gray>:** I notice that MyTreo is beginning to sell your Power Packs. How many – and there are half a dozen different units that they have. How many different power managements are required to handle all their different devices?

**<A - Robert Lifton>:** We're selling the Power Packs with one power management system. And I'm not sure what – I think that it's only one connector as well, For the MyTreo product.

**<Q - Arthur Gray>:** Right. Thank you.

**<A - Robert Lifton>:** Thank you.

## Operator

Our next question comes from the line of Gary Giblen with Goldsmith & Harris.

**<Q - Gary Giblen>:** Hi, Bob.

**<A - Robert Lifton>:** Hi, Gary.

**<Q - Gary Giblen>:** On the – congratulations on your new position.

**<A - Robert Lifton>:** Thank you very much. I'm very happy about it.

Bloomberg