Company Name: Medis Technologies
Company Ticker: MDTL US
Date: 2007-05-09
Event Description: Q1 2007 Earnings Call
Market Cap: 520.40
Current PX: 14.89
YTD Change($): -2.50
YTD Change(%): -14.376
Bloomberg Estimates - EPS
Current Quarter: -0.140
Current Year: -1.150
Bloomberg Estimates - Sales
Current Quarter: 0.100
Current Year: 49.025

\<A - Robert Lifton\>: We have – first of all, let me talk about why we think it's a much greener product, because batteries has deleterious materials in them that we don't have, that damage the Mother Earth, and we're proud to say that we don't have those minerals in our product at all. We have arranged for recycling programs with recyclers. We already are in that position to provide that. We recognize that that's going to be required in particularly United States and in Europe, and maybe some other parts of the world, and so that we will provide with the product a prepaid postage bag for customers to send in the spent fuel cells for recycling.

\<Q\>: Okay. So, basically, a contractor will take these in and...

\<A - Robert Lifton\>: We already have two contractors who will handle that for us.

\<Q\>: Okay, good enough. Thank you.

\<A - Robert Lifton\>: You're welcome.

## Operator

Our next question comes from the line of Charles Moni with Jesup & Lamont.

\<A - Robert Lifton\>: Hi, Chuck. How are you doing?

\<Q - Charles Moni\>: Just a quick question. Are you now confident that both the Power Packs and the power management work consistently with what you've promised to the consumer? And I'm really speaking on number of hours that they can depend on back-up power.

\<A - Robert Lifton\>: Yes, we believe – and we would not have put the product out with MyTreo, we believe that the consumer will be very pleased with what they get from the Power Pack and the power management that we're now delivering.

\<Q - Charles Moni\>: Okay, thank you.

\<A - Robert Lifton\>: You're welcome.

## Operator

Our next question is a follow-up question from the line of Arthur Gray with Carret Asset Management.

\<Q - Arthur Gray\>: Bob, going back to the chicken-and-the-egg, you said long ago, I remember, that you weren't going to get any firm orders until you could get a firm – give a firm delivery date. Is – knowing your customers – your potential customers now, do you feel that you have to be actually full running at a million and a half a month before you can give a delivery date?

\<A - Robert Lifton\>: No, I think – that's a good question, Arthur. I think that what we're doing with these customers now is letting them know that we're frankly on allocation, and if they want to get product in the near future from the product that we're able to make, they have to start stepping up to the plate now.

\<Q - Arthur Gray\>: Okay.

\<A - Robert Lifton\>: Operator, I will take one more question if there is one, and if not I think we can...

## Operator

Okay, sir. There are no further questions at this time.

| | | |
|---|---|---|
| Company Name: Medis Technologies | Market Cap: 520.40 | Bloomberg Estimates - EPS |
| Company Ticker: MDTL US | Current PX: 14.89 | Current Quarter: -0.140 |
| Date: 2007-05-09 | YTD Change($): -2.50 | Current Year: -1.150 |
| Event Description: Q1 2007 Earnings Call | YTD Change(%): -14.376 | Bloomberg Estimates - Sales |
| | | Current Quarter: 0.100 |
| | | Current Year: 49.025 |

### Robert K. Lifton, Chairman and Chief Executive Officer

Well, then, perfect timing. Thank you all very much for your attention and participation, and we'll talk again soon.

### Operator

Ladies and gentlemen, this concludes our conference call for today. Thank you for participating, and have a nice day. We ask that you now disconnect your line.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2007, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 8

[Federal Register: April 19, 2007 (Volume 72, Number 75)]
[Notices]
[Page 19754-19755]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr19ap07-73]

-----------------------------------------------------------------------

DEPARTMENT OF TRANSPORTATION

Pipeline and Hazardous Materials Safety Administration

Office of Hazardous Materials Safety; Notice of Application for
Special Permits

AGENCY: Pipeline and Hazardous Materials Safety Administration (PHMSA),
DOT.

ACTION: List of Applications for Special Permits.

-----------------------------------------------------------------------

SUMMARY: In accordance with the procedures governing the application
for, and the processing of, special permits from the Department of
Transportation's Hazardous Material Regulations (49 CFR part 107,
subpart B), notice is hereby given that the Office of Hazardous
Materials Safety has received the application described herein. Each
mode of transportation for which a particular special permit is
requested is indicated by a number in the ``Nature of Application''
portion of the table below as follows: 1--Motor vehicle, 2--Rail
freight, 3--Cargo vessel,

[[Page 19755]]

4--Cargo aircraft only, 5--Passenger-carrying aircraft.

DATES: Comments must be received on or before May 21, 2007.

Address Comments to:
    Record Center, Pipeline and Hazardous Materials Safety
Administration, U.S. Department of Transportation, Washington, DC

20590.

Comments should refer to the application number and be submitted in triplicate. If confirmation of receipt of comments is desired, include a self-addressed stamped postcard showing the special permit number.

FOR FURTHER INFORMATION CONTACT: Copies of the applications are available for inspection in the Records Center, Nassif Building, 400 7th Street SW., Washington, DC or at http://dms.dot.gov.

This notice of receipt of applications for special permit is published in accordance with Part 107 of the Federal hazardous materials transportation law (49 U.S.C. 5117(b); 49 CFR 1.53(b)).

Issued in Washington, DC, on April 12, 2007.

Delmer Billings,
Director, Special Permits & Approvals Programs, Office of Hazardous Materials, Special Permits & Approvals.

New Special Permits

| Application number | Docket number | Applicant | Regulation(s) affected | Nature of special permits thereof |
|---|---|---|---|---|
| 14487-N............. | ............ | Osmose Inc. Millington, TN. | 49 CFR 173.212.......... | To authorize the one-way transportation in commerce of Arsenic trioxide, Division 6.1, PG II in non-DOT specification drums. (mode 1) |
| 14492-N............. | ............ | Tankbouw Rootselaar B.V. The Netherlands. | 49 CFR 178.276(a)(1) and (a)(2). | To authorize the manufacture, mark, sale and use of non-DOT specifications portable tanks conforming with the 2004 edition (+2005 Addenda) of Section VIII, Division 1 of the ASME Code for the transportation in commerce of certain Division 2.1 and 2.2 hazardous materials. (modes 1, 2, 3) |
| 14493-N............. | ............ | Thermacore, Inc. Lancaster, PA. | 49 CFR 173.306(e)........ | To authorize the transportation in commerce of non-DOT specification containers (heat pipes) containing anhydrous ammonia for use in specialty cooling applications (modes 1, 2, 3, 4) |
| 14494-N............. | ............ | Airgas, Inc. Cheyenne, WY. | 49 CFR 172.202, 172.301(a), and 172.301(c). | To authorize the transportation in commerce of cylinders that are marked with obsolete proper shipping descriptions to allow for their return. (modes 1, 2, 3, 4, 5) |

| | | | |
|---|---|---|---|
| 14495–N........ | GE Healthcare Arlington Heights, IL. | 49 CFR 173.302(a), 175.3 | To authorize the transportation in commerce of a Division 2.2 gas in a non-DOT specification cylinder (modes 1, 4) |
| 14496–N........ | Oilphase Division, Schlumberger Eval. & Production (UK) Ltd Dyce, Aberdeen, UK. | 49 CFR 173.201(c), 173.202(c), 173.203(c), 172.301(f), 173.302(a), 173.304(d), 173.304(d), 175.3. | To authorize the manufacture, marking, sale and use of non-DOT specifications cylinders similar to a DOT 3A for the transportation of Division 2.1 and 2.3 gases. (modes 1, 2, 3, 4) |
| 14499–N........ | Optimus International... | 49 CFR 173.304a(d)(3)(ii) AB. | To authorize the manufacture, marking, sale and use of non-DOT specification, nonrefillable inside containers similar to DOT-2P for certain Division 2.1 flammable gases. (modes 1, 2, 3, 4) |
| 14500–N........ | Northwest Respiratory Services St. Paul, MN. | 49 CFR 172.203(a); 177.834(h). | To authorize the loading and unloading of DOT 4L cylinders without unloading them from a vehicle. (mode 1) |
| 14504–N........ | Medis Technologies Ltd. New York, NY. | 49 CFR 175.10(a)........ | To authorize passengers and crewmembers on aircraft to carry on baggage containing micro fuel cell systems with a small quantity of sodium/potassium borohydride solution, a Class 8, PG II liquid and a small quantity of potassium hydroxide electrolyte solution, a Class 8, PG II liquid. (mode 5) |

[FR Doc. 07-1931 Filed 4-18-07; 8:45 am]

BILLING CODE 4909-60-M

# EXHIBIT 9

P-1483

4146O6




August 23, 2006

Dr. Robert A. McGuire
Associate Administrator for Hazardous Materials Safety
Pipeline & Hazardous Materials Safety Administration
U.S. Department of Transportation
Washington, DC 20590

PHMSA-2006-25899-1

Re:    **Petition for rulemaking; 49 CFR 175.10**

Dear Dr. McGuire:

    As representatives of the undersigned companies, we hereby petition the Pipeline and Hazardous Materials Safety Administration, under the provisions of 49 CFR Part 106 for an amendment to 49 CFR 175.10(a) to permit the traveling public to carry Class 8 borohydride composition fuel cell cartridges onboard passenger aircraft in carry-on baggage. The development of fuel cell technology supports the President's policy of the United States becoming more energy independent. The request in this petition supports the President's policy. Our proposed revision to the Hazardous Materials Regulations builds on a petition submitted by the US Fuel Cell Council (USFCC) on March 2, 2006. Our proposed revisions to the USFCC proposed text and a copy of the USFCC petition letter are attached.

Our petition is based on an internationally agreed amendment to the International Civil Aviation Organization (ICAO) Technical Instruction on the Safe Transport of Dangerous Goods by Air (ICAO TI) that will allow passengers worldwide to carry certain types (i.e., those fueled by flammable liquid, formic acid and butane) of fuel cell cartridges aboard aircraft. The new ICAO provision will become effective throughout the world on 1 January 2007. A change to the HMR is necessary to afford the US traveling public the same possibility. This change is expected to be introduced in an upcoming regulation docketed as HM-215I, which will harmonize the Hazardous Materials Regulations with international regulations. Our petition is to permit Class 8 borohydride composition fuel cell cartridges and systems in addition to the fuel types allowed by the 2007-08 ICAO TI.

Unfortunately, the ICAO amendment, while permitting formic acid fuel cell cartridges and fuel cell systems to be brought onboard aircraft by passengers, does not provide for Class 8 borohydride composition fuel cell cartridges and systems even though the two fuels pose the same level of risk. Both formic acid and selected borohydride compositions are classified as corrosive materials with a danger level of Packing Group II under the HMR. While we appreciate that the ICAO Dangerous Goods Panel (ICAO DGP) was working under time constraints, we believe a review of the Panel's

meeting report (section 2.11 of DGP/20-WP/93) shows that the Panel's decision to allow formic acid fuel cell cartridges and systems while not allowing Class 8 borohydride composition cartridges and systems was not based on safety and was arbitrary as that term is used in the Administrative Procedures Act. In this petition we are seeking to right what we believe was an inappropriate decision by the Panel.

Leading up to the ICAO DGP, we as individual companies and through the USFCC worked with DOT to familiarize DOT personnel with a USFCC proposal to amend the ICAO TI to permit passengers to bring fuel cell cartridges of all types onboard passenger aircraft. In support of the effort, white paper safety analyses comprehensively evaluating each fuel cell type, including borohydride composition cartridges and systems, were provided. In preparation for the ICAO DGP meeting, PHMSA, at its October 5, 2005 public meeting (FR 56869), advised meeting participants that PHMSA technical personnel had reviewed safety analyses for all fuel types (including borohydride composition systems) covered in the USFCC proposal, and on the basis of their evaluation supported the USFCC proposal in its entirety. In the light of these statements and in the absence of information to the contrary, we assume that PHMSA still considers borohydride composition fuel cell cartridges and systems to be safe for use onboard passenger aircraft.

While providing no safety basis for the decision to not allow borohydride composition cartridges to be carried by passengers, the ICAO Panel recommended that the industry request that the United Nations Sub-Committee of Experts on the Transport of Dangerous Goods (UNSCETDG) allocate (see ICAO DGP 20 report, Para 2.11.9) UN numbers to cartridges containing borohydrides or, provide a generic fuel cell UN number. As a result, a paper prepared jointly by PHMSA and the expert from France was submitted to the twenty-ninth session of the UNSCETDG held from 3 to 12 July 2006. This led to the adoption by the UNSCETDG of a new entry covering fuel cell cartridges and systems containing corrosive substances (including borohydride compositions and formic acid). It is important to note that the PHMSA proposal as adopted by the UNSCETDG applies identical requirements to formic acid and borohydride composition fuel cell cartridges and systems. This again affirms our understanding that PHMSA considers that these two types are comparable in risk. The decision to provide a United Nation's entry covering borohydride composition cartridges and systems resolves the only articulated ICAO DGP concern with respect to allowing passengers to carry borohydride composition cartridges and systems.

In conclusion, it is important that borohydride composition fuel cell cartridges be authorized for use by passengers consistent with the ICAO decision for other fuel cell cartridges and systems. Borohydride composition systems meet an equivalent level of safety. Under the proposal in this petition they will be subject to the same rigorous safety requirements as other types. Borohydride fuel cells will soon be commercially available for use. Authorizing that they be brought onboard will preclude unwitting violation of the HMR and needless frustrations at airport security checkpoints, particularly considering these types are deemed safe by PHMSA. Authorizing their use at this time eliminates an otherwise unfair competitive advantage, should PHMSA authorize other fuel types of comparable danger level while not providing for borohydride type units. In addition, by accepting corrosive fuels by hazard class, PHMSA will be aligning with the UNSCETDG decision to classify fuel cells according to hazard class rather than on a fuel by fuel basis.

We appreciate your consideration of this petition and look forward to your response.

**Proposed Revision to 49 CFR Section 175.10(a)**

Note: Strikeout and bolded text indicate amendments to the USFCC petition of   March 2, 2006.

**Amend Sec. 175.10(a) Exceptions for passengers, crewmembers, and air Operators, by adding the following new subparagraph:**

**175.10(a) This subchapter does not apply to:**

    \* \* \*

    (18) Portable electronic devices (for example cameras, cellular telephones, laptop computers, and camcorders) powered by fuel cell systems and spare fuel cartridges, under the following conditions:
(i) fuel cell systems may only contain flammable liquids (including methanol), ~~formic acid~~ **corrosive substances (including formic acid and borohydride compositions)**, or butane;
(ii) fuel cell cartridges must comply with IEC Micro Fuel Cell Safety Specification PAS 62282-6-1 Ed. 1 (2006-02);
(iii) fuel cell cartridges must not be refillable by the user. Refilling of fuel cell systems is not permitted except that the installation of a spare cartridge is allowed. Fuel cell cartridges which are used to refill fuel cell systems but which are not designed or intended to remain installed (fuel cell refills) are not permitted to be carried under this provision;
(iv) the maximum quantity of fuel in any fuel cell cartridge must not exceed:
    (a) for liquids 200 ml; or
    (b) for liquefied gases 120 ml for nonmetallic fuel cell cartridges or 200 ml for metal fuel cell cartridges;
(v) each fuel cell cartridge must be marked with a manufacturer's certification that it conforms to IEC PAS 62282-6-1 Ed. 1, and with the maximum quantity and type of fuel in the cartridge;
(vi) fuel cell systems must conform to IEC PAS 62282-6-1 Ed. 1, and must be marked with a manufacturer's certification that it conforms to the specification;
(vii) no more than two spare fuel cell cartridges may be carried by a passenger;
(viii) fuel cell systems containing fuel and fuel cell cartridges including spare cartridges are permitted in carry-on baggage only;
(ix) interaction between fuel cells and integrated batteries in a device must conform to IEC PAS 62282-6-1 Ed. 1. Fuel cell systems whose sole function is to charge a battery in the device are not permitted; and
(x) fuel cell systems must be of a type that will not charge batteries when portable the electronic device is not in use and must be durably marked by the manufacturer: "APPROVED FOR CARRIAGE IN AIRCRAFT CABIN ONLY".

Please contact Gregory M. Smith of Millennium Cell (One Industrial Way West, Eatontown, NJ 07724; smith@millenniumcell.com; 732.544.5757) or David Weil of Medis Technologies (805 Third Avenue, 15th Floor, New York, NY 10022 davidw@medisel.co.il, 972-54-6621708) directly if you have any questions on this petition for rulemaking or the materials submitted with it.

Sincerely,

*David Weil*                            *Gregory Smith*

Medis Technologies/Millennium Cell

Enclosures

cc, w/o encl.:  VADM Thomas Barrett, Administrator, PHMSA
Brigham McCowen, Deputy Administrator, PHMSA
Stacey Gerard, Safety Officer, PHMSA
Bob Richard, Deputy Associate Administrator for Hazardous Material Safety, PHMSA
Susan Gorsky, Standards, PHMSA, PHH -10

# EXHIBIT 10



Westlaw. NewsRoom

7/28/05 BWIRE 11:34:00                                                    Page 1

7/28/05 Bus. Wire 11:34:00

Business Wire
Copyright 2005 Business Wire

July 28, 2005

Medis Technologies Announces Purchase Order from Distributor - ASE International

NEW YORK--(BUSINESS WIRE)--July 28, 2005--   Company Delivering Newest Version of Fuel Cell Power Pack Product   to Distributors and Mobile Operators on Schedule

Medis Technologies Ltd. (NASDAQ:MDTL) announced today that ASE International, which is a Medis distributor focusing on drugstores, convenience stores, department stores and airport and duty free shops, has issued to Medis a purchase order totaling over fifty million dollars ($50 million) for delivery of 200,000 Power Packs a month for the first year of availability from Medis production and 400,000 Power Packs a month from the second year of production.

Edward Koss, Chairman and CEO of ASE, stated that, "We issued this purchase order to insure that there will be sufficient Power Packs available to ASE for the over 60,000 doors that we service through our customers in the US and Canada. We have purchased a new 40,000 square foot warehouse in Florida for Southern distribution, which will be used in part to help distribute the Power Pack products and important customers have already indicated to us their desire to offer the Power Packs in their stores. ASE International is an affiliate of Sheralven Enterprises, Ltd. one of the largest wholesalers of fragrances and hair care products to those same markets and is standing behind this purchase order."

"Obviously, we are gratified by this strong show of confidence on the part of ASE," said Robert K. Lifton, Chairman and CEO of Medis Technologies. "We believe that mobile operators and OEMs as well as other distributors will also want to reserve availability of Power Pack units once they have demonstrated the Power Packs to their customers. This is particularly the case regarding those customers in the enterprise market. We are committed to building the first fully automated line, capable of producing 1.5 million Power Packs a month, as rapidly as we can. We believe that the financing we have just announced will enable us comfortably to complete that line and if that line becomes sold out we will start to plan for another fully automated line."

The Company also announced that it is delivering on schedule its newest version of the fuel cell Power Pack product to its various distributors. It also has Power Pack units available to deliver to those mobile operators and Original Equipment Manufacturers (OEMs) with whom it has entered into Cooperation Agreements. Meetings are already scheduled starting next month with mobile operators and OEMs in the United States and Europe to deliver Power Packs to them so that they can demonstrate the Power Packs to their customers and provide feedback to Medis, including indications of orders, as contemplated by the Cooperation Agreements with those parties.

Medis Technologies' primary focus is on direct liquid fuel cell technology. Its business strategy is to sell its products to end users through retail outlets and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

service providers. Medis has also developed the CellScan with many potential applications relating to disease diagnostics and chemo sensitivity. Additionally, Medis' product pipeline includes other technologies, in varying stages of development.

This press release may contain forward-looking statements, which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve risk and uncertainties, including, but not limited to, the successful completion of product development, the success of product tests, commercialization risks, availability of financing and results of financing efforts. Further information regarding these and other risks is described from time to time in the Company's filings with the SEC.

This press release is available on Medis' web site at www.medistechnologies.com.


CONTACT: Medis Technologies                Robert K. Lifton, 212-935-8484
or          Investor Relations Counsel:           The Equity Group Inc.
Adam Prior, 212-836-9606             Devin Sullivan, 212-836-9608
KEYWORD: NEW YORK
INDUSTRY KEYWORD: OIL/GAS HARDWARE ENERGY
SOURCE: Medis Technologies Ltd.


---- INDEX REFERENCES ----

COMPANY: MEDIS TECHNOLOGIES LTD

NEWS SUBJECT:  (Business Management (1BU42))

INDUSTRY:  (Retail (1RE82); Land Transportation (1LA43); Retailers (1RE64); Fuel Cell Technology (1FU86); Passenger Transportation (1PA35); Automotive Technology (1AU48); Transportation (1TR48); General Merchandise Stores (1GE70); Automobiles (1AU45); Consumer Products & Services (1CO62); Automotive (1AU29); Personal Care & Beauty Aids (1PE87); Fuel Cell & Battery (1FU90))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73))

Language:  EN

OTHER INDEXING:  (ASE; ASE INTL; COOPERATION AGREEMENTS; DISTRIBUTORS; EQUITY GROUP INC; FUEL CELL POWER PACK PRODUCT; MEDIS; MEDIS TECHNOLOGIES; MEDIS TECHNOLOGIES ANNOUNCES; MEDIS TECHNOLOGIES LTD; NASDAQ:MDTL; POWER; POWER PACK; POWER PACKS; SEC; SHERALVEN ENTERPRISES LTD)   (Adam Prior; Devin Sullivan; Edward Koss; Newest Version; Robert K. Lifton; YORKINDUSTRY KEYWORD)

KEYWORDS: NEW YORK (f);   (OIL/GAS HARDWARE ENERGY)

TICKER SYMBOL: NASDAQ:MDTL

Word Count: 812
7/28/05 BWIRE 11:34:00
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.