UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHUN YU WONG, JOHN SELLARS, AND ROYCE OELSCHLAGER, individually and on Behalf of all others similarly situated, | x : : : : | |
| Plaintiffs, | : | Case No. 07-CV-3230 (PAC) |
| v. | : : | Hon. Paul A. Crotty |
| MEDIS TECHNOLOGIES LTD., ROBERT K. LIFTON and ANDREW UDIS, | : : : | **NOTICE OF MOTION** |
| Defendants. | : X | |

PLEASE TAKE NOTICE that upon the accompanying affidavit of Deborah H. Renner, sworn to November 20, 2007, and the exhibits annexed thereto, and Defendant's Memorandum of Law in Support of Its Motion to Dismiss First Amended Class Action Complaint, and all other papers and proceedings herein, Defendants Medis Technologies Ltd., Robert K. Lifton, and Andrew Udis move this Court, before the Honorable Paul A. Crotty, United States District Judge, United States Court House, 500 Pearl Street, New York, New York for an Order dismissing the Plaintiffs' First Amended Class Action Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

- 2 -

PLEASE TAKE FURTHER NOTICE that, pursuant to an agreement of the parties, Plaintiffs' opposition papers will be due on or before January 4, 2008, and Defendants' reply brief will be due on or before February 3, 2008.

Dated: New York, New York
November 20, 2007

                                  SONNENSCHEIN NATH & ROSENTHAL LLP

                                  By:   /s/ Deborah H. Renner
                                        Deborah Renner (DR 4225)
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        (212) 768-6700

                                        *Attorneys for Defendants Medis Technologies Ltd., Robert K. Lifton, and Andrew Udis*

17580110