UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHUN YU WONG, JOHN SELLARS, AND ROYCE OELSCHLAGER, individually and on Behalf of all others similarly situated, | x : : : : | |
| Plaintiffs, | : | Case No. 07-CV-3230 (PAC) |
| v. | : : | Hon. Paul A. Crotty |
| MEDIS TECHNOLOGIES LTD., ROBERT K. LIFTON and ANDREW UDIS, | : : : : | |
| Defendants. | x | |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Medis Technologies Ltd. ("Medis") certifies that BlackRock, Inc., a publicly traded company, owns more than 10% of the publicly traded shares of Medis through several of its subsidiaries. There are no other corporations that require identification under this rule.

Dated: New York, New York
       November 20, 2007

By: ____/s/ Deborah H. Renner____
Deborah H. Renner (DR 4225)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

17580119