USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

CHUN YU WONG, JOHN SELLARS, AND          :
ROYCE OELSCHLAGER INDIVIDUALLY           :
AND ON BEHALF OF ALL OTHERS              :
SIMILARLY SITUATED,                      :
                                         :    Case No.: 07-CV-3230 (PAC)
                  Plaintiffs,            :
                                         :    **STIPULATION AND [PROPOSED]**
         v.                              :    **ORDER SETTING BRIEFING**
                                         :    **SCHEDULE**
MEDIS TECHNOLOGIES LTD., ROBERT K.       :
LIFTON, and ANDREW UDIS,                 :
                                         :
                  Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for

the parties, that the parties shall adhere to the following schedule with respect to Plaintiffs' First

Amended Class Action Complaint (the "Amended Complaint") in the above-captioned matter:

1.    Defendants shall have through and including November 20, 2007 to file a Motion

      to Dismiss the Amended Complaint (the "Motion");

2.    Plaintiff shall have through and including January 4, 2008 to file an opposition to

      Defendants' Motion (the "Opposition"); and

3.    Defendants shall have through and including February 3, 2008 to file a reply to

      the Opposition.

Dated: New York, New York
       October 24, 2007

THE ROSEN LAW FIRM, P.A.

By: _____

Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
(212) 686 1060
*Attorney for Plaintiffs Chun Yu Wong,*
*John Sellars, and Royce Oelschlager,*
*individually and on behalf of all others*
*similarly situated*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____

Deborah Renner, Esq. (DR 4225)
1221 Avenue of the Americas
New York, New York 10020
(212) 768 6700
*Attorneys for Defendants Medis Technologies*
*Ltd., Robert K. Lifton, and Andrew Udis*

SO ORDERED: _____ 11/21/07

Hon. Paul A. Crotty
U.S.D.J.

17577406

- 2 -