USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 21 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CHUN YU WONG, JOHN SELLARS, AND
ROYCE OELSCHLAGER INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

   Plaintiffs,

v.

MEDIS TECHNOLOGIES LTD., ROBERT K.
LIFTON, and ANDREW UDIS,

   Defendants.

Case No.: 07-CV-3230 (PAC)

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the parties shall adhere to the following schedule with respect to Plaintiffs' First Amended Class Action Complaint (the "Amended Complaint") in the above-captioned matter:

1. Defendants shall have through and including November 20, 2007 to file a Motion to Dismiss the Amended Complaint (the "Motion");

2. Plaintiff shall have through and including January 4, 2008 to file an opposition to Defendants' Motion (the "Opposition"); and

3. Defendants shall have through and including February 3, 2008 to file a reply to the Opposition.

Dated: New York, New York
   October 24, 2007

THE ROSEN LAW FIRM, P.A.

By: _____
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
(212) 686 1060
*Attorney for Plaintiffs Chun Yu Wong,
John Sellars, and Royce Oelschlager,
individually and on behalf of all others
similarly situated*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Deborah Renner, Esq. (DR 4225)
1221 Avenue of the Americas
New York, New York 10020
(212) 768 6700
*Attorneys for Defendants Medis Technologies
Ltd., Robert K. Lifton, and Andrew Udis*

SO ORDERED: _____ 11/21/07
Hon. Paul A. Crotty
U.S.D.J.

17577406

- 2 -