# THE ROSEN LAW FIRM P.A.

**Attorneys-at-Law**
350 Fifth Avenue, Suite 5508
New York, New York, 10118
Tel (212) 686-1060
Fax (212) 202-3827
Phillip Kim
pkim@rosenlegal.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007
```

December 17, 2007

**Application GRANTED**

12/18/2007

**SO ORDERED:**

*/s/ Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

BY FAX (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Kou v. Medis Technologies, Ltd. et al., Case No. 07-CV-3230 (PAC)

Your Honor

I am an attorney for the Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs in the above-referenced securities fraud class action. I respectfully write to request a brief 7-day enlargement of time from January 4, 2008 to January 11, 2008 to submit an opposition to Defendants' Motion to Dismiss the Amended Complaint. This request is made with the consent of Defendants. This is the first such request made by either party.

An enlargement of time is required based on the strains that have been put on counsel's schedule due to the holidays. The additional time will ensure that counsel will have sufficient time to fully address all the matters set forth in Defendants' Motion.

If the Court is inclined to grant this request, the briefing schedule should be changed as follows:

1. Plaintiffs' time to oppose Defendants' motion to dismiss is enlarged from January 4, 2008 to January 11, 2008; and

2. Defendants' time to submit a reply, if any, is enlarged from February 3, 2008[1] to February 11, 2008.

**MEMO ENDORSED**

---

[1] February 3, 2008 is a Sunday

1

I thank the Court for its consideration of this request.

Respectfully submitted,

*[signature]*

Phillip Kim (PK 9384)

cc.    Deborah H. Renner (DR 4225)
       Abigail Lauer
       Sonnenschein Nath & Rosenthal LLP
       Fax (212) 768-6800