# THE ROSEN LAW FIRM P.A.

*Attorneys-at-Law*

350 Fifth Avenue, Suite 5508
New York, New York, 10118
Tel (212) 686-1060
Fax (212) 202-3827
Phillip Kim
pkim@rosenlegal.com

January 7, 2008

**BY FAX (212) 805-6304**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2008
```

Re: <u>Kou v. Medis Technologies, Ltd. et al.</u>, Case No. 07-CV-3230 (PAC)

Your Honor:

**MEMO ENDORSED**

I am an attorney for the Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs in the above-referenced securities fraud class action. I respectfully write to request a 17-day enlargement of time from January 11, 2008 to January 28, 2008 to submit an opposition to Defendants' Motion to Dismiss the Amended Complaint. This request is made with the consent of Defendants. This is the second such request made by either party. The first request, for seven additional days to respond, was granted by the Court.

An enlargement of time is primarily required for two reasons. First, while counsel believed that an additional week was sufficient to account for the holidays when the first request for an extension was made on December 17, 2007, due to circumstances out of counsel's control an extension is required so that counsel can present a complete opposition to Defendants' motion. Second, on January 4, 2008 Medis announced that a certain "Top Tier OEM" would not be introducing the PowerPack product at the ongoing Consumer Electronics Show—despite prior announcements to the contrary. The additional time will allow counsel to determine whether this is related to the conduct alleged in the First Amended Complaint.

If the Court is inclined to grant this request, the briefing schedule should be changed as follows:

1. Plaintiffs' time to oppose Defendants' motion to dismiss is enlarged from January 11, 2008 to January 28, 2008; and

2. Defendants' time to submit a reply, if any, is enlarged from February 3, 2008[1] to March 4, 2008.

---

[1] February 3, 2008 is a Sunday

1

I thank the Court for its consideration of this request

Respectfully submitted,

*[signature]*

Phillip Kim (PK 9384)

cc.  Deborah H. Renner (DR 4225)
     Abigail Lauer
     Sonnenschein Nath & Rosenthal LLP
     Fax: (212) 768-6800

SO ORDERED: JAN 0 8 2008

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE