AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 1:07-cv-3230 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Medis Technologies Ltd, Robert K. Lifton, and Andrew Udis

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/19/2008 | *[signature]* |
| Date | Signature |
| | Abigail d. Lauer     AL-8968 |
| | Print Name     Bar Number |
| | 1221 Avenue of the Americas |
| | Address |
| | New York     NY     10020 |
| | City     State     Zip Code |
| | (212) 398-5277     (212) 768-6800 |
| | Phone Number     Fax Number |