AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Case Number: 1:07-cv-3230 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Medis Technologies Ltd, Robert K. Lifton, and Andrew Udis

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/19/2008 | *[signature]* |
| Date | Signature |
| | Benito Delfin, Jr. — BD-1216 |
| | Print Name — Bar Number |
| | 1221 Avenue of the Americas |
| | Address |
| | New York — NY — 10020 |
| | City — State — Zip Code |
| | (212) 398-4883 — (212) 768-6800 |
| | Phone Number — Fax Number |