

**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

Abigail Lauer
212.398.5277
alauer@sonnenschein.com

February 20, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2008

VIA FACSIMILE AND E-MAIL

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED: FEB 2 1 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Kou v. Medis Technologies Ltd., et al., Case No. 07 Civ. 3230 (PAC)

Dear Judge Crotty:

We represent Defendants Medis Technologies Ltd. ("Medis"), Robert K. Lifton ("Lifton"), and Andrew Udis ("Udis") (collectively "Defendants") in the above-captioned action. We respectfully write to request an enlargement of time from March 4, 2008 to April 10, 2008 to submit our Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint. One of Defendants' attorneys recently had a death in the family, and Plaintiffs' counsel has consented to this request for an enlargement of time to accommodate the resulting changes in her schedule. This is Defendants' first request for an extension of time; Plaintiffs' two prior requests for extensions were granted by the Court. Defendants' requested extension does not affect any other scheduled dates in this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

Abigail Lauer (AL 8968)

cc: Phillip Kim (PK 9384)
(by facsimile and email)

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach