USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/19/?___

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MEDIS INVESTOR GROUP,

                    Plaintiff,

        -against-

MEDIS TECHNOLOGIES, LTD., ROBERT K.
LIFTON, and ANDREW UDIS,

                Defendants.
-----------------------------------------------------------X

07 **CIVIL** 3230 (PAC)

## JUDGMENT

     Defendants having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P.

12(b)(6), and the matter having come before the Honorable Paul A. Crotty, United States District

Judge, and the Court, on August 18, 2008, having rendered its Opinion and Order granting

defendants' motion to dismiss the amended complaint, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated August 18, 2008, defendants' motion to dismiss the amended

complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
      August 19, 2008

               **J. MICHAEL McMAHON**

               _____
                    **Clerk of Court**

**BY:**    _____
                    **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**