**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED U.S. DC
SEP 1 0 2008
S.D. OF N.Y.

| | | |
|---|---|---|
| CHUN YU WONG, JOHN SELLARS, AND ROYCE OELSCHLAGER INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | Civil Action No.: 07-CV-3230 (PAC) |
| Plaintiffs, | ) ) | **NOTICE OF APPEAL** |
| vs. | ) ) ) | |
| MEDIS TECHNOLOGIES LTD., ROBERT K. LIFTON, and ANDREW UDIS, | ) ) ) | |
| Defendants. | ) ) ) | |

Notice is hereby given that Chun Yu Wong, John Sellars, and Royce Oelschlager, Lead Plaintiffs in the above-named case, hereby appeal the United States Court of Appeals for the Second Circuit from the Opinion and Order granting Defendants' Motions to Dismiss the First Amended Complaint in this action on August 18, 2008.

Dated: September 10, 2008

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq. (PK 93843)
Laurence Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, NY 10118
Phone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiffs Chun Yu Wong,*
*John Sellars, and Royce Oelschlager*

1